United States District Court for the

Abraham Briones          Civil Action No:
v
Eddie Guerra Sheriff of Hidalgo County
Yvonne Vasquez Captain of Hidalgo County Detention Center
Hidalgo County Detention Center, Hidalgo County
City of Edinburg, McAllen PD
Mayor of Edinburg, Edinburg PD

This is a Civil action Authorized by 42 USC Section 1983 to address the deprivation, under color of state law, of rights secured by the Constitution of the United States. The court has jurisdiction under 28 USC Section 1331 and 1343. Abraham Briones seeks declaratory relief pursuant to 28 USC Section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 USC Section 2283 & 2284 and Rule 65 of the Federal Rules of civil Procedure

The Southern District of Texas an appropriate venue under 28 USC Section 1391 because it is where the events given rise to this claim occurred.

Abraham Briones is and was at all times mentioned here in a prisoner of the state of Texas in the custody of The Texas Department of corrections. He is currently in Hidalgo County Detention Center in Edinburg Texas.

Defendants

Defendant Eddie Guerra is the Sheriff of the County Hidalgo. He is legally responsible for the overall operation of HCDC and each institution under its jurisdiction.

Defendant Captain Yvonne Vasquez, is legally responsible for the operation of HCDC, Training & Development of all non medical and medical staff as well as the wellfare of all the inmates in this jail.

Defendant Hidalgo County Detention Center for the responsibility of training, development, ethics, of all staff members. As well as the wellfare of all inmates in that prison.

On July fifth of 2022 I was booked at HCDC. No one explained to me how this worked. I was not given my phone calls. I was not explained in my native tongue Spanish. I did not know why I was beeing encarcirated. I asked many times to get someone to translate all the little information that was given to me but never did.

On the same date I told the guards in the pick.it that I suffered from high blood pressure. All of A shift staff ignored me. It was until the C shift came on and saw that my arms were purple and called the Sgt and paramedics to my rescue. I was taken to McAllen Medical Where I was for a week handcuffed hands and legs 24/7 a week.

Upon my arrival back at HCDC I had a Dr's visit about a week after my hospitalization DR Melendere saw me and asked me how the meds they were giving me where working. I looked at him and stated they were not giving me anything. He stated that the medical team had signed off as if they were giving me the medication. 07/29/22

The medical negligence of the HCDC medical staff nearly cost me my life. The COs should be trained in basic life help to inmates with health issues. The numerous violations of Human Rights here at HCDC are alarming. The Supervisors here do not seem to care and encourage the behaviors of their COs.

The plaintiff has no plain adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants. Unless this court grants the declaratory and injuctive relief which plaintiff seeks

Wherefore, plaintiff respectfully prays that this court enter judgment granting plaintiff 10,000,000 dollars. Helping me help HCDC get back in the federal guidelines it is given. To help those whom also been affected by the carelessness of HCDC medical staff.

Compensatory damages in the amount of 1,160,000 each defendant. Eddie Guerra et al;

Punitive damages of $5,000 each defendant. Eddie Guerra et al;

Case 7:22-cv-00405   Document 1   Filed on 11/23/22 in TXSD   Page 5 of 5

A jury trial on all issues triable by jury.

Plaintiff costs in this suit $0

Any additional relief this court deems just, proper, and equitable.

Dated: November 19, 2022
Respectfully,
Abraham Briones

G-512-22
PO BOX 3250
Edinburg, TX 78540

Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief and as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Hidalgo County Detention Center on November 19, 2022

Abraham Briones