United States District Court
Southern District of Texas
**ENTERED**
September 28, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ABRAHAM BRIONES | ) |
| | ) |
| VS. | ) CIVIL ACTION NUMBER |
| | ) M-22-0405 |
| EDDIE GUERRA, SHERIFF OF | ) |
| HIDALGO COUNTY, et al. | ) |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Plaintiff's motion for entry of default. After having reviewed the said Report and Recommendation, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 20 are hereby adopted by this Court. Accordingly, the motion for entry of default is hereby DENIED.

The Clerk shall send a copy of this Order to the parties.

DONE on this 28th day of September, 2023, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE